RECEIVED
IN LAKE CHARLES, LA.

OCT 21 2014

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| VU THANH TRAN, | * CIVIL ACTION NO. 2:13-cv-3117 |
| Petitioner, | * |
| v. | * JUDGE MINALDI |
| C. MAIORANA, ET. AL, | * |
| Respondents. | * MAGISTRATE JUDGE KAY |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 5] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that petitioner's petition for writ of *habeas corpus* [Doc. 1] be and hereby is **DISMISSED, AS MOOT.**

Lake Charles, Louisiana, this 20 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE